```
                State of New York - Department of State
                          Receipt for Service

Receipt #:  201909161740                    Cash #: 201909161486
Date of Service:  09/10/2019                Fee Paid: $40 - DRAWDOWN
Service Company:  HF TEITEL SERVICE BUREAU, INC.

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
   CORPORATION LAW

Party Served:  TWO BIG BOYS, INC.


Plaintiff/Petitioner:
          DUNBAR, KIRKPATRICK B




Service of Process Address:
TWO BIG BOYS, INC.
C/O GEORGE KARP, ESQ.
299 BROADWAY
NEW YORK,  NY 10007
                                              Secretary of State
                                                By   SUE ZOUKY
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRKPATRICK B. DUNBAR,

                Plaintiff,      Civil Action No.: 19-cv-8321

-against-

                        AFFIDAVIT OF SERVICE

TWO BIG BOYS, INC. and JOHN IOANNOU,

                Defendants.

State of New York)
          SS.:
County of Albany)

Jeffrey Teitel, being duly sworn, deposes and says that deponent is over the age of eighteen years, is employed by the attorney service, TEITEL SERVICE BUREAU INC., and is not a party to this action.

That on the 10th day of September, 2019 at the office of the Secretary of State of New York in the City of Albany he served the annexed Civil Cover Sheet, Summons in a Civil Action and Complaint on **TWO BIG BOYS, INC.** by delivering and leaving with _Sue Zouky_, a clerk in the office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, Deponent paid said Secretary of State a fee of $40.00 Dollars. That said service was pursuant to section 306 of the Business Corporation Law.

Deponent further states that he knew the person so served as foresaid to be a clerk in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age | Height | Weight |
|---|---|---|---|---|---|
| __ Male | ✓ White | __ Light | __ 20-30 | ✓ 5'-5'5" | ✓ 100-150 |
| ✓ Female | __ Black | __ Medium | __ 31-40 | __ 5'6"-6' | __ 151-200 |
|  | __ Other | ✓ Dark | __ 41-50 | __ 6'1"-6'5" | __ 200-250 |
|  |  |  | __ 51-60 | __ 6'6"+ | __ 250+ |
|  |  |  | ✓ 61-70 |  |  |

Sworn to before me this 10th day of
September, 2019

_Hilary Teitel_
Hilary Teitel
Notary Public, State of New York
Qualified in Albany County
No. 01TE5049179
Commission Expires September 11, 2021

                                                      Jeffrey Teitel