UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

KIRKPATRICK B. DUNBAR,

                Plaintiff,

    -against-                        Civ. No.: 1:19-cv-08321-ER

TWO BIG BOYS, INC., JOHN GRECO, and
JOHN IOANNOU,

                Defendants.

----------------------------------------------------------------X

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Kirkpatrick B. Dunbar ("Plaintiff"), and Two Big Boys, Inc. and John Greco ("Defendants"), through their undersigned counsel, who are authorized to execute this Stipulation, that the federal claims alleged by Plaintiff in the above-captioned action be dismissed, as it relates to Two Big Boys, Inc. and John Greco. The New York state and local law claims alleged by Plaintiff in the above-captioned action be dismissed, without prejudice, against Two Big Boys, Inc. and John Greco, and with no award of attorneys' fees, costs and/or disbursements to any Party by the Court.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Kirkpatrick B. Dunbar ("Plaintiff"), and Two Big Boys, Inc. and John Greco ("Defendants"), through their undersigned counsel, who are authorized to execute this Stipulation, that the reason why Plaintiff agreed to sign this stipulation is that defendants Two Big Boys, Inc. and John Greco made the representation that they permanently left the subject location referenced in the Plaintiff's complaint with no intention to return rendering the case against them as moot.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff,

Kirkpatrick B. Dunbar ("Plaintiff"), and Two Big Boys, Inc. and John Greco ("Defendants"), through their undersigned counsel, who are authorized to execute this Stipulation, that a facsimile copy of this stipulation shall have same effect as the original.

12/18/20
Date

By: _____
Ismail Sinan Sekendiz, Esq.
Sekendiz Law Firm P.C.
45 Broadway, Suite 1420
New York, NY 10006
*Attorneys for Plaintiff*

12/18/20
Date

By: _____
Joseph J. DiPalma, Esq.
Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains, New York 10601
*Attorneys for Defendant*