UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

KIRKPATRICK B. DUNBAR,

                              Plaintiff,

          -against-

                                           Civ. No.: 1:19-cv-08321-ER

TWO BIG BOYS, INC., JOHN GRECO, and
JOHN IOANNOU,

                              Defendants.

---------------------------------------------------------------X

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Defendant, John Ioannou ("Plaintiff"), and Two Big Boys, Inc. and John Greco ("Defendants"), through their undersigned counsel, who are authorized to execute this Stipulation, that the cross-claims alleged by Defendant John Ioannou against Defendants Two Big Boys, Inc. and John Greco in the above-captioned action be dismissed, without prejudice, and with no award of attorneys' fees, costs and/or disbursements to any Party.

| | |
|---|---|
| 12/21/2020<br>Date | By: _____<br>Paris Gyparakis, Esq.<br>Rosen & Associates, P.C.<br>747 Third Avenue<br>New York, NY 10017<br>*Attorneys for John Ioannou* |
| 12/21/2020<br>Date | By: _____<br>Joseph J. DiPalma, Esq.<br>Jackson Lewis P.C.<br>44 South Broadway, 14th Floor<br>White Plains, New York 10601<br>*Attorneys for Two Big Boys, Inc. and John Greco* |

It is SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: 12/22/2020
New York, New York