UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRKPATRICK B. DUNBAR,

                Plaintiff,

    v.

TWO BIG BOYS, INC., JOHN IOANNOU, and
JOHN P. GRECO, Individually,

                Defendants.

**ORDER**

19 Civ. 8321 (ER)

RAMOS, D.J.

    On September 6, 2019, Kirkpatrick B. Dunbar brought this action against Two Big Boys, Inc. ("Two Big Boys") and John Ioannou ("Ioannou") for violation of the Americans with Disabilities Act and related claims. Doc. 1. On August 7, 2020, Plaintiff amended the complaint, adding John P. Greco ("Greco") as a defendant. Doc. 10. On October 19, 2020, Ioannou answered and brought crossclaims against Two Big Boys and Greco. Doc. 19. At the December 18, 2020 premotion conference, counsel Two Big Boys and Greco appeared, but counsel for Ioannou did not. Nor did Ioannou appear or contact the Court. That same day, the Court approved a stipulation dismissing Plaintiff's claims against Two Big Boys and Greco. Doc. 31. On December 22, 2020 the Court approved a stipulation dismissing Ioannou's crossclaims against Two Big Boys and Greco. Doc. 33. The stipulation was signed by Ioannou's counsel on his behalf.

    On January 6, 2021, Plaintiff informed the Court that Ioannou had not responded to his notice to admit, document demands, interrogatories, or notice of inspection. Doc. 34. At the subsequent discovery conference held on January 19, 2021, Ioannou's counsel again failed to

appear and Ioannou did not appear *pro se*.

The Court therefore orders the parties to appear for their discovery conference on **January 27, 2021 at 10 a.m.**  Ioannou is warned that failure to appear or otherwise comply with Court orders may result in sanctions, including entry of default judgment against him.

It is SO ORDERED.

Dated: January 19, 2021
       New York, New York

_____
                Edgardo Ramos, U.S.D.J.