

ROSEN & ASSOCIATES, P.C.
747 THIRD AVENUE
NEW YORK, NY 10017-2803
(212) 223-1100 TELEPHONE
(212) 223-1102 FACSIMILE

www.rosenpc.com

February 3, 2021

**VIA CM/ECF**
The Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:  *Dunbar v. Two Big Boys, Inc et al* **(19-cv-08321-ER)**

Dear Judge Ramos:

    In accordance with the Court's January 27th directive (entered January 29, 2021), the undersigned submits that, as of the date of this letter, although initial responses to *Plaintiff's First Request for Production to Defendant John Ioannou* have been provided, counsel was not able to provide responses to all discovery demands propounded by Plaintiff in accordance with the Court's *Order* dated January 19, 2021 [Doc. No. 36] and the *Civil Case Discovery Plan and Scheduling Order* entered November 18, 2020 [Doc. No. 25].

    Respectfully,

    Paris Gyparakis

PG/clm

cc: Ismail S. Sekendiz, Esq.